UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BEATRICE SHIRLEY WILLIAMS STEELE,

          Plaintiff,

-against-

MUTUAL OF OMAHA INSURANCE COMPANY; ROBERT CRANE; DIANE M. WHITE,

          Defendants.

24-CV-4516 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. On June 10, 2024, the complaint was opened as a new civil action and assigned case number 24-CV-4419 (LTS). On June 12, 2024, an identical complaint was opened and assigned this case number, 24-CV-4516 (LTS). The docket sheets indicate that the complaints were both filed on June 5, 2024.

The Court assumes that Plaintiff did not file multiple copies of the same complaint and that this action was opened in error. No useful purpose would be served by the filing and litigation of this duplicate lawsuit. The Court therefore dismisses this action as opened in error and without prejudice to Plaintiff's pending action under docket number 24-CV-4419 (LTS).

## CONCLUSION

The Court dismisses this action without prejudice to Plaintiff's action pending under docket number 24-CV-4419 (LTS).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to enter judgment in this action.

SO ORDERED.

Dated: July 2, 2024
       New York, New York

                                 /s/ Laura Taylor Swain
                                 LAURA TAYLOR SWAIN
                              Chief United States District Judge